FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2024

SEAN F. McAVOY, CLERK

*AUSA Assigned: TJO*

*County of Investigation: Okanogan*

*In Re: Criminal Complaint for Marvin Antonio RIVERA-RUIZ*

**AFFIDAVIT**

STATE OF WASHINGTON      )
                       ) ss
  Spokane County         )

**AFFIDAVIT IN SUPPORT**

I, Adryan Zwick, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.     I am a Border Patrol Agent (BPA) with the Bureau of Customs and Border Protection (CBP), United States Border Patrol. I have been so employed since April 2, 2007. I have been assigned to the United States Border Patrol, Spokane, Washington, Headquarters with the Sector Prosecutions Unit since July 2024. Previously I was assigned to the Spokane Prosecutions Unit from February 2022 until January 2024, and from October 2019 until June 2021. I have been assigned to my permanent duty station of Colville, Washington since August 2009. Before that I was assigned to the Nogales, Arizona Border Patrol Station. I received basic training in federal law enforcement at the Federal Law Enforcement Training Center (FLETC) in Artesia, New Mexico, and graduated in July of 2007. I have made numerous arrests involving illegal entry and reentry and various other violations of the Immigration and Nationality Act.

2.     The information contained in this affidavit is based on my personal knowledge obtained during the course of this investigation and on information conveyed to me personally by other U.S. Border Patrol Agents, particularly Border Patrol Agent-Intelligence (BPA-I) Allen Cherry, Border Patrol Agent (BPA) Kailin Nichols, and Border Patrol Agent (BPA) Keith Donohue.

Affidavit in Support of Criminal Complaint - 2:24-MJ-00493-JAG - 1

Because this affidavit is being submitted for the limited purpose of establishing probable cause for this complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for this complaint.

### FACTS IN SUPPORT OF COMPLAINT

3. Based upon the facts set forth below, there is probable cause to believe that the Defendant, Marvin Antonio RIVERA-RUIZ, is not a citizen of the United States, but a citizen of El Salvador, and that he illegally was in possession of a firearm in violation of 18 U.S.C § 922(g)(5).

4. On August 27, 2024, BPA-I Allen Cherry, BPA Kailin Nichols, and BPA Keith Donohue assisted the North Central Washington Narcotics Task Force (NCWNTF) in serving a search warrant on the property located at 64 River Loop Road in Tonasket, Washington.

5. Marvin Antonio RIVERA-RUIZ was detained after being found in a trailer parked on the property. Parked next to the trailer was a 1999 Buick Park Avenue sedan bearing Washington State license plate CKL3412, which is registered to Marvin Antonio RIVERA-RUIZ.

6. The sedan was searched and inside was found an El Salvadore passport with Marvin Antonio RIVERA-RUIZ's name and photograph.  Also, a Beretta .22 caliber pistol with serial number BES62695U was found near the driver side door. ATF has examined the firearm and determined that it was manufactured outside of the state of Washington.

7.  BPA-I Allen Cherry conducted an immigration inspection of Marvin Antonio RIVERA-RUIZ in the English and Spanish languages.  During that inspection Marvin Antonio RIVERA-RUIZ stated that he was a citizen of El Salvadore, born in El Salvadore, and that he did not possess any immigration documents that would allow him to be legally present and remain in the

Affidavit in Support of Criminal Complaint - 2:24-MJ-00493-JAG - 2

United States. Marvin Antonio RIVERA-RUIZ admitted that he was in the United States illegally.

8.      BPA-I Allen Cherry then read Marvin Antonio RIVERA-RUIZ his Miranda rights. Marvin Antonio RIVERA-RUIZ stated that he understood his rights and was willing to answer questions. BPA-I Allen Cherry asked Marvin Antonio RIVERA-RUIZ if the pistol found in his Buick sedan belonged to him. Marvin Antonio RIVERA-RUIZ stated that the pistol belongs to him.

9.      BPA-I Allen Cherry arrested Marvin Antonio RIVERA-RUIZ as an alien illegally present in the United States. BPA-I Allen Cherry and BPA Kailin Nichols transported him to the Oroville Border Patrol Station. At the Oroville Border Patrol Station Marvin Antonio RIVERA-RUIZ's fingerprints were entered into the Integrated Automated Fingerprint Identification System as well as the Automated Biometric Identification System. The response from these systems verified that the fingerprints submitted belonging to Marvin Antonio RIVERA-RUIZ are not associated with any prior immigration history, thus showing that he had never been inspected for entry into the United States.

## CONCLUSION

10.      Based upon the information submitted in the affidavit I believe the defendant has violated Title 18, United States Code, Section § 922(g)(5), Unlawful Alien in Possession of a Firearm.

Adryan Zwick
Border Patrol Agent


Subscribed electronically and sworn to telephonically this **13th** day of September, 2024.

James A. Goeke
United States Magistrate Judge


Affidavit in Support of Criminal Complaint - 2:24-MJ-00493-JAG - 3